IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ROYSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-00768-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff files this joint stipulation for dismissal of his action without prejudice.

This joint stipulation is signed by all parties who have appeared. See Rule 41(a)(1)(A)(ii).

Dated this 22nd day of September, 2016.

                                        Respectfully submitted,

                                        */s/ Tim E. Dollar*
                                        Tim E. Dollar        MO #33123
                                        Thomas J. Hershewe  MO #57642
                                        DOLLAR, BURNS & BECKER, LC
                                        1100 Main Street, Suite 2600
                                        Kansas City, MO 64105
                                        (816) 876-2600
                                        (816) 221-8763 (fax)
                                        timd@dollar-law.com
                                        tom@dollar-law.com

{336104.DOC }1

*/s/ Paul R. Borth*

---

Paul R. Borth, *Pro hac vice*
BARNETT & BORTH, LLC
800 Waukegan Road, Suite 200
Glenview, Illinois 60025
(847) 724-5520
prb@barnettlegal.com
ATTORNEYS FOR PLAINTIFF
WILLIAM ROYSTER

and

Tammy Dickinson
United States Attorney

By: *s/ Charles M. Thomas*
Charles M. Thomas, Missouri Bar #28522
Assistant United States Attorney
United States Attorney's Office
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: (816) 426-3130
Fax: (816) 426-3165
Email: charles.thomas@usdoj.gov
ATTORNEYS FOR DEFENDANT

{336104.DOC}2